## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LORNA M. NUGENT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No.  1:14-cv-243-GZS |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed February 2, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED** for failure to prosecute.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 25th day of February, 2015.